UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JARROD JAMIESON, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | 1:09-cr-00186-JAW |
| ) | 1:13-cv-00339-JAW |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRAGTE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed April 18, 2014, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that an evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 Cases; and the Petitioner's Amended 28 U.S.C. § 2255 Motion (ECF No. 45) be and hereby is DISMISSED. It is further ORDERED that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF U.S. DISTRICT JUDGE

Dated this 13th day of May, 2014.